United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 11-17831-jkf
Joseph R Bouska                                                     Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Denine              Page 1 of 2              Date Rcvd: Feb 17, 2017
                              Form ID: 138NEW           Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2017.
```
db           +Joseph R Bouska,    1016 Mulberry St.,    Chester Springs, PA 19425-1733
cr           +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Blvd, Suite 100,
               Woodland Hills, CA 91364-6207
cr           +Veripro Solutions fka NSMRSI,    PO Box 130536,    Dallas, TX 75313-0536
12566370      American Express,    P. O. Box 2855,    New York, NY 10116-2855
12670471      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13130819      BANK OF AMERICA, N.A.,    SUCCESSOR TO BAC F/K/A COUNTRYWIDE,    c/o SHERRI J. BRAUNSTEIN,
               111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
12566371     +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
12566372     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
               Salt Lake City, UT 84130-0285
12566373     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12651867      Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
12566374      Chester County Tax Claim Bureau,    2 North High Street,    Suite 116,
               West Chester, PA 19380-3076
12572159     +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13102967     +PNC Bank, National Association,    c/o Bank of America, N.A.,    P.O. Box 660933,
               Dallas, TX 75266-0933
12940269     +PNC, National Association,    c/o Bank of America, N.A.,    P.O. Box 660933,
               Dallas, TX 75266-0933
12566375     +Pnc Ne Er,    4661 East Main St,    Columbus, OH 43251-0001
12649924     +Stephen J. Ross, Esq.,    Law Office of Stephen Ross, P.C.,    152 E. High St., Suite 100,
               Pottstown, PA 19464-5480
13179986     +Veripro Solutions, Inc,    PO Box 3572,    Coppell, TX 75019-9572
12566376      Wells Fargo Home Mortgage,    7255 Baymeadows Way,    Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Feb 18 2017 02:37:15     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 18 2017 02:36:02
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 18 2017 02:36:39     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:29:30     GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
12718740      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:44:32
               Portfolio Recovery Associates, LLC,    POB 41067,    NORFOLK, VA 23541
12736187      E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 02:29:00
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC.,    POB 41067,
               Norfolk, VA   23541)
12588189    ##+E*Trade Bank,    c/o Bank of America, N.A.,    Bk. Dept. Mail Stop: CA6-919-01-23,
               400 National Way,    Simi Valley, CA 93065-6414
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Denine              Page 2 of 2                 Date Rcvd: Feb 17, 2017
                              Form ID: 138NEW           Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2017 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor   Bank of America, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANDREW F GORNALL    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          DAVID   NEEREN    on behalf of Creditor   PNC Bank, National Association dneeren@udren.com,
           vbarber@udren.com
          JOSEPH L QUINN    on behalf of Debtor Joseph R Bouska CourtNotices@sjr-law.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          SHERRI J. BRAUNSTEIN    on behalf of Creditor    PNC Bank, National Association
           sbraunstein@udren.com, vbarber@udren.com
          SHERRI J. BRAUNSTEIN    on behalf of Creditor    Bank of America, N.A. sbraunstein@udren.com,
           vbarber@udren.com
          STEPHEN J ROSS    on behalf of Plaintiff Joseph R Bouska CourtNotices@SJR-Law.com
          STEPHEN J ROSS    on behalf of Debtor Joseph R Bouska CourtNotices@SJR-Law.com
          THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Joseph R Bouska
     Debtor(s)

Bankruptcy No: 11−17831−jkf
Chapter: 13

___

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

      For The Court

      Timothy B. McGrath
      Clerk of Court

Dated: 2/17/17